JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL HARRIS,

      Plaintiff,

    vs.

HENRY'S AUTOMOTIVE, INC.;
GARY L. LORENZINI, AS
TRUSTEE OF THE GARY L.
LORENZINI AND SUSAN M.
LORENZINI FAMILY TRUST; and
DOES 1 to 10,

      Defendants.

Case No.: 8:25-cv-01119-RGK (AGRx)

[PROPOSED] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION

[15]

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction as to settlement up until August 07, 2025.

SO ORDERED.

DATED: 7/11/2025

_____

R. Gary Klausner,
United States District Judge

ORDER RE VOLUNTARY DISMISSAL